PS 8
(Rev. 8/2022)

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF ARKANSAS**

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV 22 2022

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

U.S.A. vs. Edward Leon Foulks          Docket No. 0860 4:21CR00249 DPM

**Petition for Warrant or Summons for Person Under Pretrial Supervision**

**PETITIONING THE COURT**

☒     To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐     To Issue a Summons

       COMES NOW Ford Everett, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Edward Leon Foulks, who was placed under pretrial release supervision by the Honorable J. Thomas Ray sitting in the Court at Little Rock, Arkansas, on October 15, 2021, under the following conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)     The defendant must sign an Appearance Bond, if ordered.

(7)     The defendant must:
         (a) submit to supervision and report for supervision to the U.S. Probation Office.
         (b) continue or actively seek employment.
         (k) not possess a firearm, destructive device, or other weapon.
         (l) not use alcohol excessively.
         (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
         (n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
         (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.

On September 14, 2022, the Court accepted guilty plea to Count 1 of the Indictment. Sentencing is pending. Defendant to remain on current conditions of bond.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Description of apparent violations:**

On November 23, 2021, the defendant tested and confirmed positive for the use of marijuana.

On February 15, 2022, the defendant failed to attend substance abuse treatment.

On February 18, 2022, the defendant failed to submit a urine specimen.

On October 16, 2022, the defendant violated his conditions of his release when he broke into multiple vehicles, stole personal items from these vehicles, and he used and attempted to use stolen credit cards for fraudulent transactions, as documented by Maumelle Police Department's report (incident number 22-1792-OF). The offenses noted in the Maumelle Police report are Breaking or Entering – Theft from Motor Vehicle (Felony), Theft of Property – Theft from Motor Vehicle (Felony), Breaking or Entering – Theft from Motor Vehicle (Felony), Theft of Property – Theft from Motor Vehicle (Felony).

On October 17, 2022, the defendant failed to report to the probation office as instructed. The defendant advised he forgot about the scheduled meeting.

On October 31, 2022, the defendant failed to submit a urine specimen. Multiple phone calls and text messages to the defendant were attempted to no avail.

**Description of officer's response to address the defendant's conduct:** The U.S. Probation Officer verbally reprimanded the defendant for not reporting as instructed. Officers have not discussed the allegations from Maumelle Police Department due to an ongoing investigation.

A record request revealed no new arrests; however, there is an active warrant from Faulkner County Sheriff's Office for Hot Check 1st Offense, entered November 3, 2021.

## OFFICER'S RECOMMENDATION:

Based on alleged criminal conduct, the defendant is a danger to the community and a risk of flight. It is recommended that the U.S. Attorney's Office request a warrant and the defendant be brought before the court to show cause why the bond should not be revoked. If a warrant is issued, the U.S. Probation Office requests it be sealed for the safety of the U.S. Marshals Service and the U.S. Probation Office and copied only to those respective agencies pending warrant execution.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
Ford Everett
U.S. Probation Officer

Executed on    November 21, 2022

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Mike Gordon
Assistant U.S. Attorney

Executed on    11/22/22

Approved by:

_____
Jason B. Stewart
Supervising U.S. Probation Officer