IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:21CR00249 DPM |
| | ) | |
| EDWARD LEON FOULKS | ) | |

## MOTION TO WITHDRAW UNITED STATES' MOTION FOR AN ARREST WARRANT AND FOR A SHOW CAUSE HEARING

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, hereby moves for leave of Court to withdraw its Motion for an Arrest Warrant and for a Show Cause Hearing *(Doc. 21)* in this case for the following reason(s): best interest of justice.

WHEREFORE, the United States respectfully requests the Court grant an order withdrawing the Motion for an Arrest Warrant and for a Show Cause Hearing in this case.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: michael.gordon@usdoj.gov